UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: FAY, STEPHEN R § | Case No. 11-81729 |
| FAY, NANCY M. § | |
| SIX, FAYZ § | |
| Debtor(s) § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　Clerk of The U S Bankruptcy Court
　　211 South Court Street
　　Rockford IL 61101

　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 01:00pm on 11/23/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 10/18/2011    By: /s/BERNARD J. NATALE
                                    Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: FAY, STEPHEN R | § Case No. 11-81729 |
| FAY, NANCY M. | § |
| SIX, FAYZ | § |
| Debtor(s) | § |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 16,500.17 |
| *and approved disbursements of* | $ 56.23 |
| *leaving a balance on hand of* [1] | $ 16,443.94 |
| **Balance on hand:** | $ 16,443.94 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 13 | Fifth Third Bank | 5,269.76 | 5,269.76 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 16,443.94 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 2,400.02 | 0.00 | 2,400.02 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,207.50 | 0.00 | 2,207.50 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 46.28 | 0.00 | 46.28 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,653.80 |
| Remaining balance: | $ 11,790.14 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 11,790.14

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 11,790.14

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 66,523.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Citibank N.A. | 1,142.38 | 0.00 | 202.47 |
| 2 | Fifth Third Bank | 3,866.89 | 0.00 | 685.34 |
| 3 | Capital One,N.A | 1,177.67 | 0.00 | 208.72 |
| 4 | World Financial Network National Bank | 9,507.11 | 0.00 | 1,684.97 |
| 5 | Sallie Mae | 9,422.20 | 0.00 | 1,669.92 |
| 6 | Great Lakes Educational Loan Services, Inc | 6,032.35 | 0.00 | 1,069.13 |
| 7 | Great Lakes Educational Loan Services, Inc | 3,243.49 | 0.00 | 574.85 |
| 8 | PYOD LLC its successors and assigns as assignee of | 4,599.25 | 0.00 | 815.14 |
| 9 | PYOD LLC its successors and assigns as assignee of | 6,550.69 | 0.00 | 1,161.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 10 | PYOD LLC its successors and assigns as assignee of | 8,389.45 | 0.00 | 1,486.89 |
| 11 | PYOD LLC its successors and assigns as assignee of | 2,260.91 | 0.00 | 400.71 |
| 12 | WORLD'S FOREMOST BANK | 9,846.44 | 0.00 | 1,745.11 |
| 14 | GE Money Bank | 484.63 | 0.00 | 85.89 |

Total to be paid for timely general unsecured claims: $     11,790.14
Remaining balance: $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $     0.00
Remaining balance: $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $     0.00
Remaining balance: $     0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BERNARD J. NATALE

Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-81729-MB
Stephen R Fay                                                       Chapter 7
Nancy M. Fay
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett           Page 1 of 2           Date Rcvd: Oct 28, 2011
                              Form ID: pdf006          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2011.
db/jdb       +Stephen R Fay,    Nancy M. Fay,    3979 River Ridge Lane,     Sandwich, IL 60548-9573
17143424     +Cabela's Club / World's Foremost Bank,     P.O.Box 82608,    Lincoln, NB 68501-2608
17564199     +Capital One,N.A,    c/o Creditors Bankruptcy Service,     P O Box 740933,    Dallas,Tx 75374-0933
17143427     +Citi Card,    P.O.Box 6500,    Sioux Falls, SD 57117-6500
17143426      Citi Card,    P.O.Box 6000,    The Lakes, NV 89163-6000
17143429     +CitiBank Student Loan Corporation,     99 Garnsey Road,    Pittsford, NY 14534-4565
17489140     +Citibank N.A.,    c/o Citibank (South Dakota) N.A.,    ATTN: Claims Dept. MC 2135,
               701 E 60th Street North,     Sioux Falls, SD 57104-0432
17143430     +Codilis & Associates,    15W030 North Frontage Road,     Suite 100,    Burr Ridge, IL 60527-6921
17143432     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
               (address filed with court:   Fifth Third Bank,    MD 1MOC2G-4050,     38 Fountain Square Plaza,
               Cincinnati, OH 45263)
17143431     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
               (address filed with court:   Fifth Third Bank,    P.O.Box 63900,    CC3110,    Cincinnati, OH 45263)
17559092     +Fifth Third Bank,    PO BOX 829009,    Dallas, TX 75382-9009
17143433     +Freedman Anselmo Lindberg LLC,    P.O.Box 3228,    Naperville, IL 60566-3228
17143434      Gander Mountain / WFNNB,     Bankruptcy Department,    P.O.Box 182125,    Columbus, OH 43218-2125
17652320      Great Lakes Educational Loan Services,     Claims Filing Unit,    PO Box 8973,
               Madison, WI 53708-8973
17652464      Great Lakes Educational Loan Services, Inc,     US DEPARTMENT OF EDUCATION,    POB 530229,
               Atlanta, GA 30353-0229
17143435     +Great Lakes Higher Education,    2401 International Lane,     Madison, WI 53704-3192
17143436      Home Depot Credit Services,    P.O.Box 65302,    Dallas, TX 75265-3002
17143439     +Sallie Mae,    P.O.Box 9655,    Wilkes-Barre, PA 18773-9655
17143440      Sallie Mae LACF,    1002 Arthur Drive,    Lynn Haven, FL 32444-1683
17143441      Saxon Mortgage,    4708 Mercantile Drive,    Ft. Worth, TX 76137-3605
17143442      Sears Credit Card,    P.O.Box 6282,    Sioux Falls, SD 57117-6282
17143443      U. S. Department of Education/GLEL,     P.O.Box 7860,    Madison, WI 53707-7860
17744183      WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17143425     +E-mail/Text: MELANIE.BARICKMAN@CENTRUE.COM Oct 29 2011 00:41:24      Centrue Bank,
               201 East Main Street,    Streator, IL 61364-2950
17801425      E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2011 03:37:42      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17143437     +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2011 03:37:42      JC Penney / GE Money Bank,
               Bankruptcy Department,    P.O.Box 103104,   Roswell, GA 30076-9104
17143438     +E-mail/PDF: cr-bankruptcy@kohls.com Oct 29 2011 03:37:29      Kohl's,    N56W17000 Ridgewood Drive,
               Menomonee Falls, WI 53051-7096
17707145     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 29 2011 00:40:35
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
17626032     +E-mail/PDF: pa_dc_claims@salliemae.com Oct 29 2011 03:38:05      Sallie Mae,    c/o Sallie Mae Inc.,
               220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
17569861      E-mail/Text: bnc-alliance@quantum3group.com Oct 29 2011 00:42:07
               World Financial Network National Bank,    Quantum3 Group LLC,    PO Box 788,
               Kirkland, WA 98083-0788
                                                                                             TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17143428*    +Citi Card,   P.O.Box 6500,    Sioux Falls, SD 57117-6500
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3          User: vgossett           Page 2 of 2            Date Rcvd: Oct 28, 2011
                              Form ID: pdf006          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 30, 2011**                      **Signature:** _Joseph Speetjens_