# AMENDED DISTRIBUTION REPORT
# FINAL DISTRIBUTION

**Case Number:**     Page: 1     **Date:** November 23, 2011
**Debtor Name:** FAY, STEPHEN R     **Time:** 03:00:30 PM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| | Funds on Hand | | | | | | $16,444.17 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 46.28 | 0.00 | 46.28 | 46.28 | 16,397.89 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 2,207.50 | 0.00 | 2,207.50 | 2,207.50 | 14,190.39 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 2,400.02 | 0.00 | 2,400.02 | 2,400.02 | 11,790.37 |
| | SUBTOTAL FOR | ADMIN CH. 7 | 4,653.80 | 0.00 | 4,653.80 | 4,653.80 | |
| 13 | Fifth Third Bank | Secured | 5,269.76 | 0.00 | 5,269.76 | 0.00 | 11,790.37 |
| | SUBTOTAL FOR | SECURED | 5,269.76 | 0.00 | 5,269.76 | 0.00 | |
| 1 | Citibank N.A. | Unsecured | 1,142.38 | 0.00 | 1,142.38 | 202.48 | 11,587.89 |
| 2 | Fifth Third Bank | Unsecured | 3,866.89 | 0.00 | 3,866.89 | 685.35 | 10,902.54 |
| 3 | Capital One,N.A | Unsecured | 1,177.67 | 0.00 | 1,177.67 | 208.73 | 10,693.81 |
| 4 | World Financial Network National Bank | Unsecured | 9,507.11 | 0.00 | 9,507.11 | 1,685.00 | 9,008.81 |
| 5 | Sallie Mae | Unsecured | 9,422.20 | 0.00 | 9,422.20 | 1,669.96 | 7,338.85 |
| 6 | Great Lakes Educational Loan Services, Inc | Unsecured | 6,032.35 | 0.00 | 6,032.35 | 1,069.15 | 6,269.70 |
| 7 | Great Lakes Educational Loan Services, Inc | Unsecured | 3,243.49 | 0.00 | 3,243.49 | 574.86 | 5,694.84 |
| 8 | PYOD LLC its successors and assigns as assignee of | Unsecured | 4,599.25 | 0.00 | 4,599.25 | 815.15 | 4,879.69 |
| 9 | PYOD LLC its successors and assigns as assignee of | Unsecured | 6,550.69 | 0.00 | 6,550.69 | 1,161.02 | 3,718.67 |
| 10 | PYOD LLC its successors and assigns as assignee of | Unsecured | 8,389.45 | 0.00 | 8,389.45 | 1,486.91 | 2,231.76 |
| 11 | PYOD LLC its successors and assigns as assignee of | Unsecured | 2,260.91 | 0.00 | 2,260.91 | 400.72 | 1,831.04 |
| 12 | WORLD'S FOREMOST BANK | Unsecured | 9,846.44 | 0.00 | 9,846.44 | 1,745.15 | 85.89 |
| 14 | GE Money Bank | Unsecured | 484.63 | 0.00 | 484.63 | 85.89 | 0.00 |
| | SUBTOTAL FOR | UNSECURED | 66,523.46 | 0.00 | 66,523.46 | 11,790.37 | |
| << Totals >> | | | 76,447.02 | 0.00 | 76,447.02 | 16,444.17 | |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

| | |
|---|---|
| **Administrative-Ch7** | 100.000000% |
| **Secured** | 0.000000% |
| **Unsecured** | 17.723627% |