**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: FAY, STEPHEN R | § Case No. 11-81729 |
| FAY, NANCY M. | § |
| SIX, FAYZ | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $486,474.79                     Assets Exempt:  $43,674.96
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,790.37        Claims Discharged
                                                    Without Payment:  $65,728.19

Total Expenses of Administration:  $4,710.03

3) Total gross receipts of $   16,500.40   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      0.00    (see **Exhibit 2**), yielded net receipts of $16,500.40 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $454,946.76 | $5,269.76 | $5,269.76 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,710.03 | 4,710.03 | 4,710.03 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 41,600.29 | 66,523.46 | 66,523.46 | 11,790.37 |
| **TOTAL DISBURSEMENTS** | $496,547.05 | $76,503.25 | $76,503.25 | $16,500.40 |

4)  This case was originally filed under Chapter 7 on April 15, 2011. The case was pending for 10 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/06/2012          By: /s/BERNARD J. NATALE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 Ford F150 Truck Debtors' Residence | 1129-000 | 10,000.00 |
| 2005 alumicraft navigator boat, motor, trailer D | 1129-000 | 6,500.00 |
| Interest Income | 1270-000 | 0.40 |
| **TOTAL GROSS RECEIPTS** | | **$16,500.40** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | Fifth Third Bank | 4110-000 | 6,886.00 | 5,269.76 | 5,269.76 | 0.00 |
| NOTFILED | Saxon Mortgage | 4110-000 | 448,060.76 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$454,946.76** | **$5,269.76** | **$5,269.76** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 46.28 | 46.28 | 46.28 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,207.50 | 2,207.50 | 2,207.50 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | N/A | 2,400.02 | 2,400.02 | 2,400.02 |
| The Bank of New York Mellon | 2600-000 | N/A | 6.23 | 6.23 | 6.23 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,710.03 | 4,710.03 | 4,710.03 |

## EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 − GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Citibank N.A. | 7100-000 | 1,281.00 | 1,142.38 | 1,142.38 | 202.48 |
| 2 | Fifth Third Bank | 7100-000 | 3,742.08 | 3,866.89 | 3,866.89 | 685.35 |
| 3 | Capital One,N.A | 7100-000 | N/A | 1,177.67 | 1,177.67 | 208.73 |
| 4 | World Financial Network National Bank | 7100-000 | 9,000.48 | 9,507.11 | 9,507.11 | 1,685.00 |
| 5 | Sallie Mae | 7100-000 | N/A | 9,422.20 | 9,422.20 | 1,669.96 |
| 6 | Great Lakes Educational Loan Services, Inc | 7100-000 | N/A | 6,032.35 | 6,032.35 | 1,069.15 |
| 7 | Great Lakes Educational Loan Services, Inc | 7100-000 | N/A | 3,243.49 | 3,243.49 | 574.86 |
| 8 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 4,599.25 | 4,599.25 | 815.15 |
| 9 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 6,416.57 | 6,550.69 | 6,550.69 | 1,161.02 |
| 10 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 8,161.44 | 8,389.45 | 8,389.45 | 1,486.91 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 2,003.62 | 2,260.91 | 2,260.91 | 400.72 |
| 12 | WORLD'S FOREMOST BANK | 7100-000 | N/A | 9,846.44 | 9,846.44 | 1,745.15 |
| 14 | GE Money Bank | 7100-000 | N/A | 484.63 | 484.63 | 85.89 |
| NOTFILED | Cabela's Club / World's Foremost Bank | 7100-000 | 9,511.10 | N/A | N/A | 0.00 |
| NOTFILED | Freedman Anselmo Lindberg LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Codilis & Associates | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Centrue Bank | 7100-000 | 1,484.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 41,600.29 | 66,523.46 | 66,523.46 | 11,790.37 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-81729  
**Case Name:** FAY, STEPHEN R  
FAY, NANCY M.  
**Period Ending:** 02/06/12

**Trustee:** (330370)  BERNARD J. NATALE  
**Filed (f) or Converted (c):** 04/15/11 (f)  
**§341(a) Meeting Date:** 06/02/11  
**Claims Bar Date:** 09/22/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Savings Account Centrue Bank 201 East Main Stree | 10.00 | 10.00 | DA | 0.00 | FA |
| 2 | Savings Account Centrue Bank 201 East Main Stree | 0.63 | 0.63 | DA | 0.00 | FA |
| 3 | Checking Account Centrue Bank 201 East Main Stre | 777.30 | 0.00 | DA | 0.00 | FA |
| 4 | Checking Account Centrue Bank 201 East Main Stre | 811.90 | 303.69 | DA | 0.00 | FA |
| 5 | Checking Account Centrue Bank 201 East Main Stre | 395.00 | 0.00 | DA | 0.00 | FA |
| 6 | 3 couches, 3 loveseats, 2 chairs, recliner, otto | 1,765.00 | 0.00 | DA | 0.00 | FA |
| 7 | 4 computers, washer, dryer, refrigerator, stove, | 1,165.00 | 0.00 | DA | 0.00 | FA |
| 8 | Misc. home and power tools, riding mower, snow b | 875.00 | 0.00 | DA | 0.00 | FA |
| 9 | 200 paperback books, 100 lps, 400 cds, pictures, | 725.00 | 425.00 | DA | 0.00 | FA |
| 10 | treadmill, elliptical, weight station & weights, | 2,450.00 | 539.20 | DA | 0.00 | FA |
| 11 | 401 (k) Profit Sharing Plan subject to $2,630.84 | 14,574.96 | 0.00 | DA | 0.00 | FA |
| 12 | 2005 Ford Mustang Debtors Residence | 11,625.00 | 2,339.00 | DA | 0.00 | FA |
| 13 | 2006 Ford F150 Truck Debtors' Residence | 16,875.00 | 10,256.25 | | 10,000.00 | FA |
| 14 | 2005 alumicraft navigator boat, motor, trailer D | 8,395.00 | 6,645.00 | | 6,500.00 | FA |
| 15 | Woodworking Tools, Lumber Debtors' Residence | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 16 | Homestead Real Estate | 450,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | duplicate | 0.00 | 0.00 | DA | 0.00 | FA |
| 18 | duplicate | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.40 | FA |
| 19 | Assets   Totals (Excluding unknown values) | $511,744.79 | $20,518.77 | | $16,500.40 | $0.00 |

**Major Activities Affecting Case Closing:**

FINAL REPORT FILED.

Printed: 02/06/2012 04:19 PM    V.12.57

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-81729  
**Case Name:** FAY, STEPHEN R  
FAY, NANCY M.  
**Period Ending:** 02/06/12

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 04/15/11 (f)  
**§341(a) Meeting Date:** 06/02/11  
**Claims Bar Date:** 09/22/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**     **Current Projected Date Of Final Report (TFR):**     October 18, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-81729  
**Case Name:** FAY, STEPHEN R  
                 FAY, NANCY M.  
**Taxpayer ID #:** **-***0828  
**Period Ending:** 02/06/12  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******46-65 - Money Market Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 07/14/11 | {14} | Steven Fay | Payment for boat & trailer | 1129-000 | 6,500.00 | | 6,500.00 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 6,500.03 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 6.23 | 6,493.80 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,493.85 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,468.85 |
| 09/15/11 | {13} | Steven and Nancy Fay | Pymt on Compromise Re: Ford F150 Truck | 1129-000 | 10,000.00 | | 16,468.85 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 16,468.94 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 16,443.94 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,444.07 |
| 11/23/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.10 | | 16,444.17 |
| 11/23/11 | | To Account #9200******4666 | Transfer for Final Distribution | 9999-000 | | 16,444.17 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 16,500.40 | 16,500.40 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 16,444.17 | |
| | | | **Subtotal** | | 16,500.40 | 56.23 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$16,500.40** | **$56.23** | |

{} Asset reference(s)                  Printed: 02/06/2012 04:19 PM    V.12.57

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 11-81729  
**Case Name:** FAY, STEPHEN R  
FAY, NANCY M.  
**Taxpayer ID #:** **-***0828  
**Period Ending:** 02/06/12

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******46-66 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/23/11 | | From Account #9200******4665 | Transfer for Final Distribution | 9999-000 | 16,444.17 | | 16,444.17 |
| 11/23/11 | 101 | BERNARD J. NATALE | Pymt of Trustee Fees | 2100-000 | | 2,400.02 | 14,044.15 |
| 11/23/11 | 102 | BERNARD J. NATALE, LTD. | Pymt of Attorney for Trustee Fees | 3110-000 | | 2,207.50 | 11,836.65 |
| 11/23/11 | 103 | BERNARD J. NATALE, LTD. | Pymt for Trustee's Attorney's Expenses | 3120-000 | | 46.28 | 11,790.37 |
| 11/29/11 | 104 | Citibank N.A. | Distribution paid 17.72% on $1,142.38; Claim# 1; Filed: $1,142.38; Reference: 0021 | 7100-000 | | 202.48 | 11,587.89 |
| 11/29/11 | 105 | Fifth Third Bank | Distribution paid 17.72% on $3,866.89; Claim# 2; Filed: $3,866.89; Reference: 1321 | 7100-000 | | 685.35 | 10,902.54 |
| 11/29/11 | 106 | Capital One,N.A | Distribution paid 17.72% on $1,177.67; Claim# 3; Filed: $1,177.67; Reference: 0396/KOHLS | 7100-000 | | 208.73 | 10,693.81 |
| 11/29/11 | 107 | World Financial Network National Bank | Distribution paid 17.72% on $9,507.11; Claim# 4; Filed: $9,507.11; Reference: 3182/GANDER MTN | 7100-000 | | 1,685.00 | 9,008.81 |
| 11/29/11 | 108 | Sallie Mae | Distribution paid 17.72% on $9,422.20; Claim# 5; Filed: $9,422.20; Reference: 8651%5183 | 7100-000 | | 1,669.96 | 7,338.85 |
| 11/29/11 | 109 | WORLD'S FOREMOST BANK | Distribution paid 17.72% on $9,846.44; Claim# 12; Filed: $9,846.44; Reference: 7516 | 7100-000 | | 1,745.15 | 5,593.70 |
| 11/29/11 | 110 | GE Money Bank | Distribution paid 17.72% on $484.63; Claim# 14; Filed: $484.63; Reference: 8031/JCPENNEY | 7100-000 | | 85.89 | 5,507.81 |
| 11/29/11 | 111 | Great Lakes Educational Loan Services, Inc | Combined Check for Claims#6,7 | | | 1,644.01 | 3,863.80 |
| | | | Dividend paid 17.72% 1,069.15 on $6,032.35; Claim# 6; Filed: $6,032.35; Reference: 0021/840577 | 7100-000 | | | 3,863.80 |
| | | | Dividend paid 17.72% 574.86 on $3,243.49; Claim# 7; Filed: $3,243.49; Reference: 8651/841577 | 7100-000 | | | 3,863.80 |
| 11/29/11 | 112 | PYOD LLC its successors and assigns as assignee of | Combined Check for Claims#8,9,10,11 | | | 3,863.80 | 0.00 |
| | | | Dividend paid 17.72% 815.15 on $4,599.25; Claim# 8; Filed: $4,599.25; Reference: 3074/CITIBANK SEARS | 7100-000 | | | 0.00 |
| | | | Dividend paid 17.72% 1,161.02 on $6,550.69; Claim# 9; | 7100-000 | | | 0.00 |

Subtotals : $16,444.17    $16,444.17

{} Asset reference(s)    Printed: 02/06/2012 04:19 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-81729  
**Case Name:** FAY, STEPHEN R  
FAY, NANCY M.  
**Taxpayer ID #:** \*\*-\*\*\*0828  
**Period Ending:** 02/06/12

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-\*\*\*\*\*\*46-66 - Checking Account  
**Blanket Bond:** $606,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $6,550.69;<br>Reference: 9986<br>CITIBANK | | | | |
| | | | Dividend paid 17.72%     1,486.91<br>on $8,389.45; Claim#<br>10; Filed: $8,389.45;<br>Reference: 1464<br>CITIBANK | 7100-000 | | | 0.00 |
| | | | Dividend paid 17.72%     400.72<br>on $2,260.91; Claim#<br>11; Filed: $2,260.91;<br>Reference: 5348<br>CITIBANK | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 16,444.17 | 16,444.17 | $0.00 |
| | | | Less: Bank Transfers | | 16,444.17 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 16,444.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$16,444.17** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-\*\*\*\*\*\*46-65** | 16,500.40 | 56.23 | 0.00 |
| **Checking # 9200-\*\*\*\*\*\*46-66** | 0.00 | 16,444.17 | 0.00 |
| | $16,500.40 | $16,500.40 | $0.00 |

{} Asset reference(s)

Printed: 02/06/2012 04:19 PM    V.12.57